# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONESAVANH DONALD SIRYPANGNO,<br><br>                 Petitioner,<br><br>v.<br><br>FRED FOULK, Warden, et al.,<br><br>                 Respondents. | Civil No.   13-1709-MMA (NLS)<br><br>**ORDER GRANTING STAY AND ABEYANCE** |

On July 22, 2013, Petitioner, represented by counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in this Court challenging his convictions for first degree murder, attempted murder, assault with a semi-automatic firearm, and various gang and gun enhancements [Doc. Nos. 1, 3]. Respondent has filed an Answer, and Petitioner has filed a Traverse [Doc. Nos. 14, 18]. Two of Petitioner's claims relate to his conviction for first degree murder as an aider and abettor via the doctrine of natural and probable consequences. (Pet. at 6-7, Doc. No. 1; Mem. of P. & A. Supp. Pet. at 12-23, Doc. No. 3.)

Shortly after briefing was completed in this case, the California Supreme Court addressed one of Petitioner's jury instruction claims in *People v. Chiu*, 59 Cal. 4th 155, 165 (June 2, 2014). The jury instruction on the natural and probable consequences theory in *Chiu* are the same as the one given in Sirypangno's case,

specifically, CALCRIM 403. *Compare id* at 160-61 *with* Lodgment No. 3, vol. 2 at 0540. Thus, the parties were directed to file briefs discussing how *Chiu* applied to Petitioner's case. Briefing was completed on July 21, 2014 [Doc. Nos. 23-24]. Thereafter, on August 12, 2014, the Court issued an Order to Show Cause why a stay should not be granted to permit Petitioner to seek relief under *Chiu* from the state supreme court [Doc. No. 25]. Both parties agree a stay should be granted [Doc. Nos. 26-27].

Accordingly, the Court hereby **ORDERS** as follows:

1. A stay of proceedings is hereby **GRANTED** in this case.

2. This action is stayed pending a determination by the California Supreme Court as to whether Petitioner is entitled to relief pursuant to *Chiu*.

3. Petitioner must file, every ninety (90) days starting with the filing date of this Order, a status report that details Petitioner's progress in the California Supreme Court.

4. Petitioner must file in this Court, within thirty (30) days after the California Supreme Court issues a final order resolving Petitioner's *Chiu* claim, a motion requesting that the stay be lifted, and that leave to file a First Amended Petition pursuant to 28 U.S.C. § 2254 be granted. Petitioner must include a proposed First Amended Petition with that filing; and

5. The Clerk of Court will administratively close this case until further order of this Court.

**IT IS SO ORDERED.**

DATED: September 17, 2014

Hon. Michael M. Anello
United States District Judge